UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:17 CR 51 |
| ) | |
| TRACIE LYNNE ELLIS ) | |

## AMENDED
## ACCEPTANCE OF PLEA OF GUILTY [1]

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 39), to which the defendant has waived objection, and subject to this court's consideration of the Plea Agreement pursuant to FED. R. CRIM. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, and defendant's plea of guilty to the offense charged in Count 5 of the Indictment is now hereby **ACCEPTED**.

**SO ORDERED.**

Date: October 3, 2019

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT

---

[1] This Amended Acceptance of Plea of Guilty replaces the document appearing at Docket Entry # 43.